[No. 9904. Department One.—September 24, 1885.]

IN THE MATTER OF THE ESTATE OF A. B. LUTZ, DECEASED. A. B. LUTZ, JR., APPELLANT, *v.* E. CHRISTY ET AL., EXECUTORS, ETC., RESPONDENTS.

ESTATE OF DECEDENT—REFUSAL TO SET ASIDE ORDER OF DISTRIBUTION—APPEAL. —An order refusing to set aside an order distributing the estate of a decedent, and settling the final account of the executor, is not appealable.

APPEAL from an order of the Superior Court of Sacramento County refusing to set aside an order of distribution and settlement of the final account of an executor.

The facts are stated in the opinion.

*S. F. Geil,* and *D. E. Alexander,* for Appellant.

*L. S. Taylor,* for Respondents.

FOOTE, C.—The only matter disclosed by the record here, which this court should consider, is the appeal from an order of the court below, refusing to set aside and vacate a former order of distribution and settlement of the final account of an executor.

In our opinion, such an order is not included in those enumerated in subdivision 3 of section 963 of the Code of Civil Procedure, and the appeal should be dismissed. (*Blum* v. *Brownstone Bros.* 50 Cal. 293; *Estate of Callahan,* 60 Cal. 232; *Estate of Dean,* 62 Cal. 613.)

SEARLS, C., and BELCHER, C. C., concurred.

THE COURT.—For the reasons given in the foregoing opinion the appeal is dismissed.